THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Waylon M. Sasser, Respondent,
 v.
 American Plant and Equipment, Inc., and Textile Machinery Import-Export Co., Inc., Appellants.
 
 
 

Appeal From Spartanburg County
 J. Mark Hayes, II, Circuit Court Judge

Memorandum Opinion No.  2006-MO-012
Heard February 15, 2006  Filed March 27, 2006 

 AFFIRMED IN PART; REVERSED IN PART 

 
 
 
 Thomas Alexander Belenchia, of Spartanburg, for Appellants.
 John Robert Peace, of Greenville, for Respondent.
 
 
 

PER CURIAM:  The grant of summary judgment to Respondent is affirmed with respect to Appellant American Plant and Equipment, Inc., and reversed with respect to Appellant Textile Machinery Import-Export Co., Inc., pursuant to Rule 220(b), SCACR, and the following authorities: Rule 56(c), SCRCP (providing that summary judgment is appropriate if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law); Osborne v. Adams, 346 S.C. 4, 7, 550 S.E.2d 319, 321 (2001) (holding that in reviewing a grant of summary judgment, an appellate court applies the same standard as the circuit court).
AFFIRMED IN PART; REVERSED IN PART.  
TOAL, C.J., MOORE, BURNETT, PLEICONES, JJ., and Acting Justice David W. Beatty, concur.